## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**UNITED STATES OF AMERICA**

        Plaintiff,

vs.                                                    Case No. 2:25cr20055-MSN

**ADRIENNE ROSSE,**

        Defendant.

---

### ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES

---

The clerk's office is directed to pay for lunches, and other allowed expenses for all of

the jurors on the above styled case, from April 21, 2026 , until they are dismissed.

**SO ORDERED THIS 21th DAY OF APRIL, 2026.**


                   *s/ Mark S. Norris*
                   MARK S. NORRIS
                   UNITED STATES DISTRICT JUDGE