## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          Case No. 2:25-cr-20055-MSN

ADRIENNE ROSSE,

    Defendant.

*FILED IN OPEN COURT*
*DATE: 4/23/2026*
*TIME: 1:50pm*
*INITIALS: [illegible]*

---

## VERDICT FORM

---

We, the members of the jury in the above-styled and numbered cause, unanimously find the following:

1. With respect to the charge in Count 1 of the Indictment, we unanimously find the defendant, Adrienne Rosse:

_____ GUILTY                 _____ NOT GUILTY

2. With respect to the charge in Count 2 of the Indictment, we unanimously find the defendant, Adrienne Rosse:

_____ GUILTY                 _____ NOT GUILTY

_____        04/23/26_____
FOREPERSON                           DATE