IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                      Cr. No.   25-20055-MSN

ADRIENNE ROSSE,

      Defendant.

**DEFENDANT ADRIENNE ROSSE'S UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

COMES NOW the Defendant, Adrienne Rosse, and moves this Honorable Court to continue the Sentencing Hearing that is currently set in this matter for Wednesday, August 5, 2026, beginning at 10:00 A.M., and in support of which would respectfully state unto the Court as follows:

On April 23, 2026, a federal jury sworn and impaneled for the Western District of Tennessee found Ms. Rosse guilty of Counts 1 and 2 of the Indictment filed in this matter, (DE 59), and a Sentencing Hearing was subsequently set for August 5, 2026, (*Id.*).

On June 30, 2026, the DRAFT Presentence Investigation Report (PSR) was filed in this matter.   Due to scheduling conflicts, defense counsel has been unable to meet with Ms. Rosse to review the PSR and prepare for the upcoming Sentencing Hearing.   As a result, defense counsel has not been able to file any objections or a position paper with regard to the PSR.   Accordingly, Ms. Rosse would respectfully request that the Court continue the Sentencing Hearing in this matter for approximately 30 days, to a date and time convenient with the Court's calendar, in order to

give her additional time to meet with defense counsel and prepare for the hearing.  In addition, defense counsel would request a corresponding extension of time in which to file a position paper in this matter.

Defense counsel has consulted with the Assistant United States Attorney assigned to this case, Ms. Lauren Delery, and AUSA Delery has indicated that the government does not object to the relief requested herein.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Adrienne Rosse respectfully moves this Honorable Court for an Order continuing the Sentencing Hearing in this matter for the reasons stated herein and for a corresponding extension of time to file her position paper.

Respectfully Submitted,

TYRONE J. PAYLOR
FEDERAL DEFENDER

s/ Robert L. Thomas
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Ms. Lauren Delery, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, on this 27th day of July, 2026.

s/ Robert L. Thomas
Assistant Federal Defender

[2]