*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                          *Deputy-in-Charge*
*242 Federal Building*                                    *U. S. Courthouse, Room 262*
*167 N. Main Street*                                      *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                  *Jackson, Tennessee 38301*
*(901) 495-1200*                                                   *(713) 421-9200*

---

**NOTICE OF RE-SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

July 29, 2026

RE:    2:25cr20055-01-MSN
       *USA v. ADRIENNE ROSSE*

Dear Sir/Madam:

The **SENTENCING** has been **RE-SET** on **MONDAY, SEPTEMBER 28, 2026 at 10:00 AM** before **Judge Mark S. Norris** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.   (Reset from 08/05/2026)

**Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report.  No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court.  At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

                    Sincerely,
                    WENDY R. OLIVER, CLERK

          BY:    S/ *Zandra Frazier*
                 Zandra Frazier, Case Manager
                 901-495-1277
                 E-mail: zandra_frazier@tnwd.uscourts.gov