**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 25-cr-20055-MSN** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ADRIENNE ROSSE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**POSITION OF THE UNITED STATES WITH RESPECT TO THE PRESENTENCE INVESTIGATION REPORT**

---

COMES NOW the United States of America, by and through its counsel, D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Lauren J. Delery, Assistant United States Attorney, and notifies the Court of the position of the United States with respect to the Presentence Investigation Report prepared in this matter.

1. The attorney for the United States has received and reviewed the Presentence Investigation Report.
2. The United States has no objections to the facts or calculations contained in the Presentence Investigation Report.
3. The sentencing hearing should not last more than one hour.

Respectfully submitted this 21st day of September, 2026.

D. MICHAEL DUNAVANT
United States Attorney

s/ Lauren J. Delery
LAUREN J. DELERY

Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
901-544-4231
lauren.delery@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that, on the above stated date, a copy of the foregoing pleading has been served on the defendant, by electronic filing with the Clerk of Court via the Court's ECF system, which will send notification of the filing to the defendant's attorney of record.

s/ Lauren J. Delery
LAUREN J. DELERY
Assistant United States Attorney