IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Dkt. No. 25-cr-20055-MSN

ADRIENNE ROSSE,

Defendant.

**DEFENDANT ADRIENNE ROSSE'S NOTICE OF FILING OF CHARACTER LETTERS**

COMES NOW the Defendant, Adrienne Rosse, and submits the attached character letters for the Court's consideration with respect to the Sentencing Hearing to be held in this matter.

Respectfully Submitted,

TYRONE J. PAYLOR
FEDERAL DEFENDER

s/ Robert L. Thomas
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Ms. Lauren Delery, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, on this 25th day of September, 2026.

s/ Robert L. Thomas
Assistant Federal Defender