July 14, 2026

Charles Edward Rosse
[redacted]

The Honorable Mark S. Norris
United States District Judge
United States District Court
Western District of Tennessee
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

**Re: United States of America v. Adrienne Rosse**
**Case No. 2:25-cr-20055**

Dear Judge Norris:

My name is Charles Edward Rosse, and I am the husband of Adrienne Carol Rosse. I have known Adrienne for more than fourteen years, and we have been married for fourteen years. I am writing not to argue the facts or the law in her case, but to tell the Court about the woman I know and love: my wife, the mother of our children, my business partner, and my very best friend. I respectfully ask you to consider the life we have built together and how deeply our children and I depend on her.

Adrienne and I have two beautiful daughters, ages one and ten. To them, she is not someone who can simply be replaced in the daily routine. She is their mother, their comfort, and a constant source of love and security. Our youngest still depends on her for the most basic needs of life: care, meals, affection, and reassurance. Our older daughter depends on her in different but equally important ways. She needs her mother's encouragement, guidance, help with schoolwork, and steady presence as she grows.

Adrienne takes our older daughter to school and picks her up, with the school trip often taking thirty to fifty minutes. She works with her on homework every day after school. She prepares meals, cares for our baby, manages appointments, and keeps track of what our children need. She comforts them when they are upset and provides the discipline and guidance that help them learn. These are not occasional things she does when it is convenient. They are the responsibilities she carries every day.

I usually begin my workday around four in the morning. As the morning gets underway, I help with the children while Adrienne prepares breakfast and gets our older daughter ready for school. Once my work responsibilities begin, I often cannot leave during normal business hours. Adrienne makes sure that our daughter gets to school, that our youngest is cared for, and that someone is there when the school day ends. Our children have that consistency because of her.

My greatest concern is what her absence would mean to our girls. Our youngest cannot understand a court proceeding or why her mother might suddenly be gone. Our ten year old is old enough to be frightened by what is happening, but she is still a child who needs reassurance and stability. I would do everything in my power to care for them and arrange whatever help was available. But even with help, they would still be missing their mother.

Adrienne is also essential to our business and our ability to support our family. I am self employed in information technology security and infrastructure, and Adrienne owns fifty percent of our LLC. My work has supported critical systems in health care, energy, banking, aerospace, defense, and government. A serious outage can require me to remain on a support call for as long as twenty four hours. During those situations, I cannot simply step away without affecting the people and organizations relying on me.

Adrienne's contribution makes it possible for me to meet those responsibilities. Her support with organization and daily responsibilities, together with the care she provides our children, allows me to remain focused and available when my work requires it. When an emergency happens, I know she is making sure our children are fed, our daughter is picked up from school, and our home is cared for. Her absence would place serious strain on both our family and my ability to fulfill the work commitments that support us.

I also have dyslexia. Reading, writing, organization, and administrative responsibilities can require considerable effort for me. I have worked hard to succeed despite those difficulties, but Adrienne's patience and support have made a tremendous difference. She helps me without making me feel weak or less capable. She understands both my abilities and my struggles, and she helps me remain organized and confident.

Beyond every practical responsibility, I love Adrienne for who she is. I love her intelligence, her strength, her thoughtfulness, and the friendship we share. I once believed I would never marry again. When I met her, I realized I had found someone extraordinary and wanted to build a life with her. Fourteen years of marriage have made her place in my life deeper, not smaller.

I have already endured the loss of my first wife and my two oldest daughters. Those losses remain painful, and there are parts of them I still struggle to understand. Adrienne has stood beside me through that pain. She has helped me continue living, working, believing, and caring for our family. She has given me companionship and a sense of home that mean more to me than I can fully explain in a letter.

Our Christian faith is an important part of our marriage and the life we are trying to build for our children. I have been a Christian for more than forty years. Adrienne's faith and the way we work on our faith together matter deeply to me. We want our daughters to understand that faith is not simply something we talk about. It should shape how we treat people, how we care for one another, and how we respond when life becomes difficult.

We are not a perfect family, and I would not pretend otherwise. We work at being more patient, more understanding, and more loving toward one another. We want our children to learn honesty, kindness, forgiveness, and responsibility. Adrienne is an essential part of that effort. I

see her love for our children in the patience she gives them, the attention she pays to their needs, and the care she puts into raising them.

One of my most treasured possessions is a small book of multicolored cards that Adrienne made for me. On each card, she wrote one of the fruits of the Spirit. It was not an expensive gift, but it was deeply personal. She understood my faith, my heart, and the values I have tried to live by. That little book means so much to me because it reflects the thought and care she puts into loving me. It reminds me of the faith we share and the kind of family we are trying to be.

Adrienne has also shared with me that she experienced serious abuse and sexual trauma beginning when she was young. I did not personally witness those events, and I will not describe private details that are hers to share. I have, however, seen the pain she carries. I have also seen the care she takes to give our daughters safety, affection, and stability. I respectfully ask the Court to consider her complete history, including the hardships she has described and the loving family life she has worked to build.

I understand that the Court must consider the seriousness of this case and matters beyond my personal knowledge. I do not ask you to disregard those responsibilities. I ask you to consider, alongside them, the daily reality of our family. Childcare, school transportation, homework, meals, and medical appointments cannot be postponed because my work requires my attention. More importantly, our daughters' need for their mother is not simply a scheduling problem that another arrangement would solve.

Adrienne has a stable home, a husband who loves her, children who need her, and a family prepared to support her. I am ready to help her comply with every lawful condition imposed by the Court. I will provide housing, transportation, financial support, emotional support, and assistance with appointments and other requirements. I take that commitment seriously.

I respectfully ask the Court to show Adrienne mercy and consider the least restrictive lawful sentence it finds appropriate, with particular consideration for an outcome that allows her to remain with our daughters. I make this request as a husband, a father, and a business partner who knows what her presence means in our home every day.

I love my wife deeply. I want to continue raising our daughters with her, working beside her, growing in our faith together, and supporting one another through the years ahead. Our girls need their mother, and I need my wife and best friend. I hope this letter helps the Court understand not only what Adrienne does for us, but who she is to us and how deeply she is loved.

Thank you for taking the time to read my letter and consider my family. God Bless you and your court.

Respectfully,

Charles Edward Rosse
Husband of Adrienne Carol Rosse

Debbie Curtwright

[redacted]

The Honorable Judge Noris

Dear Judge Noris,

I respectfully ask that you please consider leniency in sentencing for Adrienne Rosse.

Adrienne is the devoted mother of two young daughters, Scarlet, who is 10 years old, and Roxanne, who is only 1 year old. These are among the most important and formative years of their childhood, and the thought of them being separated from their mother during this time is truly heartbreaking.

A child's relationship with her mother is built through countless everyday moments—love, guidance, comfort, reassurance, and simply knowing that her mother is there. Those moments create the foundation for a child's sense of security and emotional well-being. Losing that daily connection during these critical years could have profound and lasting effects on both girls.

As an elementary school teacher for 34 years, I have had the privilege of working with hundreds of children. Throughout my career, I have seen firsthand how deeply a young girl's emotional and social development is influenced by the presence of a loving, supportive mother. I have also witnessed the struggles many children face when that bond is disrupted. While children are remarkably resilient, there are wounds that can leave lasting effects, and the absence of a mother's daily love and guidance is one of them.

Adrienne has been the constant source of love, stability, and encouragement in Scarlet's life. She has celebrated her accomplishments, comforted her through disappointments, and been there for the countless ordinary moments that become a child's most cherished memories. Roxanne, at only one year old, is still developing that essential attachment to her mother. She needs Adrienne's loving presence now more than ever as she grows through these earliest stages of life.

Adrienne is my sister-in-law, and I know her to be a caring, devoted, and loving mother whose daughters mean everything to her. I have witnessed the love she has for Scarlet and Roxanne, and I cannot adequately express how deeply these little girls depend on her—not only for their physical care, but for their emotional security, guidance, and unconditional love.

I fully understand the seriousness of the circumstances before the Court, and I have the utmost respect for the difficult responsibility you bear in determining an appropriate sentence. I simply ask that, in reaching your decision, you consider the profound and lasting impact that a lengthy separation from their mother would have on Scarlet and Roxanne. They are innocent children whose futures will be shaped by the presence—or absence—of the person they need most.

Thank you for your time, your compassion, and your thoughtful consideration of this request.

Respectfully,

Debbie Curtwright

[redacted]

The Honorable Mark S. Norris
United States District Judge
United States District Court
Western District of Tennessee
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

Re: United States of America v. Adrienne Rosse

Case No. 2:25-cr-20055

Dear Judge Norris:

My name is Charles E. Rosse II. I am the son of Charles E. Rosse and the stepson of Adrienne Rosse. I understand that I am writing as a close family member and that my feelings are deeply personal. Nevertheless, everything I share in this letter is truthful and based on my own experiences with Adrienne and our family.

Growing up between divorced parents was extremely difficult for me. I often felt as though I were the source of conflict between my birth mother, Gail Drews, and my father, Charles E. Rosse. The strain between my parents placed me in an emotional position that was hard for a child to understand. For a long time, I felt caught in the middle of conflict and uncertainty that seemed as though it would never end.

As I grew older, I also began to understand and accept that I am gay. Coming out to my birth mother was one of the most difficult experiences of my life. At that time, I was living with her and my sisters. My birth mother did not want her son to be gay, and I felt that she could not accept that part of me within her Christian home. Instead of feeling safe enough to be honest about who I was, I felt ridiculed, rejected, and afraid that I would never be accepted by my own family.

My father responded very differently. When I told him I was gay, he did not reject me or treat me as though I were less deserving of his love. He did not care whether I was gay or straight; I was still his son, and he loved me. He wanted me to live with him and Adrienne so that I could be free from ridicule and have a safe place to understand myself and find my direction in life.

When I began living with my father and Adrienne, my life changed. Their home was also a Christian home, but it was a home where faith was expressed through compassion, understanding, forgiveness, and unconditional love. They did not ask me to hide who I was in order to deserve a place in their family. They gave me the freedom to grow, to learn, and to discover how to live my life honestly and responsibly without being ashamed of who I am.

Adrienne was an essential part of that acceptance. She welcomed me with patience, grace, stability, and unconditional love. She never treated me as though I were merely her husband's child or as though my being gay made me less worthy of love. She treated me as her son.

Adrienne gave me a safe and loving home when I needed one most. She helped me understand that life could be about more than simply enduring hardship or trying to survive each day. My birth mother gave me part of the foundation I needed to understand and make my way in the world, but Adrienne helped me see that life could hold much more than that foundation. Through her daily example, she taught me about compassion, forgiveness, responsibility, dignity, hope, and joy.

Adrienne helped me learn how to live as the person I truly am while still respecting myself, my family, and the values with which I was raised. She helped me understand that being gay did not prevent me from being a good son, a good brother, a responsible person, or a person of faith. She gave me the kind of motherly understanding I desperately needed during a time when I did not feel that my birth mother could accept or deal with the fact that her son was gay.

Much of the person I have become is the result of the love and guidance I received from Adrienne and my father. As I grew older under their care, my respect and gratitude for both of them continued to deepen. Adrienne has remained supportive and steadfast in seeking what is best for me and my siblings. Her love was never something I had to earn. It was freely given and repeatedly demonstrated through her words, her actions, and her continued presence in my life.

Adrienne is not only important to me. She is at the heart of our entire family. My two younger sisters need her love, guidance, and daily presence in their lives. Young girls need the comfort, stability, protection, and reassurance of the person they know as their mother. They need Adrienne there to guide them, care for them, listen to them, comfort them, and help them grow into young women. Her absence would leave an emotional emptiness that no one else could simply replace.

My father, Charles E. Rosse, also needs Adrienne. She is his wife, partner, closest companion, and an essential part of the home and family they have built together. They support one another through the responsibilities and difficulties of raising a family. Separating Adrienne from my father would not affect only a husband and wife. It would affect every person who depends upon the family they have created together.

I need Adrienne as well. Although I am older now, a person does not stop needing the love, wisdom, acceptance, and support of a mother simply because he has grown up. Adrienne stood beside me during one of the most vulnerable periods of my life. When I was trying to understand who I was and where I belonged, she helped give me a home in which I could feel safe, accepted, and loved.

Adrienne has encouraged me, cared about my future, and helped me discover how to live my life without fear or shame. It is difficult for me to imagine who I would be today without her influence. It is equally difficult to imagine what my sister's lives would be like without her love and guidance. The thought of our family being separated from her is painful and frightening.

In all my years of knowing Adrienne, I cannot recall her speaking maliciously about anyone or attempting to turn us against another person. Even when she has been hurt, she has tried to respond with restraint and compassion. What I have personally observed is not a cruel or abusive person. I have seen a woman who has herself endured deeply painful and abusive treatment from members of her own family, particularly in her relationship with her mother.

I want to be careful not to claim knowledge beyond what I have personally witnessed. From what I have personally seen and experienced, however, Adrienne has been the recipient of painful and abusive conduct—not the source of abuse within our household. I have never witnessed her abuse me, my father, my sisters, or anyone else in our home. Instead, I have witnessed her protection, nurture, encourage, and love us, even while carrying pain caused by the way others have treated her.

The evidence of Adrienne's character can be found in the lives of the people she has loved and supported. It can be seen in the two young girls who need their mother, in the husband who needs his wife and partner, and in the son she accepted and loved when he was struggling to believe that he could be accepted as a gay man. Adrienne helped our family become a place of love and stability.

Adrienne is not someone whose absence would affect only herself. Our family is emotionally and practically connected to her every day. My younger sisters need their mother. My father needs his wife and partner. I need the woman who stepped forward and loved me as a mother when I was struggling to feel accepted by my birth mother. We all need the compassion, understanding, stability, and strength that Adrienne brings to our family.

I respectfully ask the Court to consider the serious and lasting emotional harm that separating Adrienne from her family would cause, especially to the two young girls who depend upon her. I ask the Court to consider not only Adrienne's importance to us, but also the effect her absence would have on the children, my father, me, and our family as a whole.

Please understand that Adrienne cannot be removed from our family without every one of us suffering that loss. She is needed, deeply loved, and irreplaceable. I respectfully ask the Court to do everything within its authority to preserve our family and allow Adrienne to remain with the people who love and depend upon her.

Thank you for taking the time to consider my words and my personal experience with Adrienne. If the Court has any questions concerning this letter, I am willing to respond.

Respectfully submitted,

[signature]

Charles E. Rosse II

[redacted]

##Letter in Support of Adrienne

7/21/2026

Maricela Montero Zarco

[redacted]

The Honorable Mark S. Norris

United States District Judge

United States District Court

Western District of Tennessee

Odell Horton Federal Building

167 North Main Street

Memphis, TN 38103

Re: United States of America v. Adrienne Rosse

Case No.2.25-cr-20055

Dear Judge Noris:

My name is Maricela Montero, and I am writing this letter with the most respect in support of Adrienne. I have the privilege of knowing her and througout the time I have

known her, I have come to know her as a kind, caring, and strong women. I respectfully ask the court to consider showing mercy and giving her the opportunity to remain with her family instead of the time she might spend away from her family. As a mother myself, I understand the deep love, responsibility, and bond that exists between a mother and her children. I know how important it is for children to have their mother present to guide them, support them, and provide them comfort when they're feeling at their lowest, something no one else could replace.

I have witnessed the love, and dedication Adrienne has for her family. Her family is her center of life, her happiness and being away from them would bring great sorrow. I understand that the Court must make difficult decisions, and that accountability is an important part of the justice system. However, I ask you with the upmost respect that you take into consideration the amount of hardship not only to Adrienne, but her family would endure.

Adrienne is more than the situation that has brought her before the Court. She is a mother, and loving wife, and a pillar of strength for her household.

Thank you for taking the time to read this letter and for considering the impact your decision will have on Adrienne and her family. I sincerely hope you will extend compassion and allow her the opportunity to continue being the source of love and support for the people that need her.

Respectfully,

Maricela Montero

Robert Thomas
200 Jefferson Ave. Suite 200
Memphis, TN. 38013

July 23, 2026

Dear Mr. Thomas,

I am writing to ask for leniency in the sentencing of Adrienne Rosse, set for August 5, 2026. I am Adrienne's father and grandfather of her two daughters. Adrienne has been in several abusive relationships throughout her life. She suffered through turbulent times as a youth and young adult.

Adrienne's love and happiness with her one year old baby girl and ten year old daughter is the most important thing in her life. It will be devastating to her children to be separated. It grieves me to anticipate the emotional damage that these children could face.

Please consider Adrienne's background and the need to keep these children with their mother. Please have leniency in sentencing Adrienne Rosse.

Thank you for your consideration,

Robert Manuel

**Robert Manuel**
[redacted]