IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs. Dkt. No. 25-cr-20055-MSN

ADRIENNE ROSSE,

Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

COMES now the Federal Public Defender's Office and Robert L. Thomas and Needum L. Germany, Assistant Federal Defenders, and hereby moves this Honorable Court for an order allowing the withdrawal of counsel of record for the Defendant, Adrienne Rosse, and in support of which would respectfully state unto the Court as follows:

On March 28, 2025, the Federal Public Defender's Office was appointed to represent Ms. Rosse in this matter, and on March 28, 2025, (DE 13), and January 7, 2026, the undersigned counsel entered their respective notices of appearance, (DE 10, 38). On November 10, 2026, Claiborne H. Ferguson filed a notice of appearance in this matter as retained counsel for Ms. Rosse. (DE 89). Accordingly, the Federal Public Defender's Office would respectfully request that it be relieved from further representation of Ms. Rosse in this matter.

Defense counsel has conferred with the Assistant United States Attorney assigned to this case, Ms. Lauren Delery, and AUSA Delery has indicated that the government is not opposed to the relief requested herein.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Adrienne Rosse respectfully requests that this Honorable Court grant undersigned counsel's Motion to Withdraw as Counsel for the reasons set forth herein.

Respectfully Submitted,

TYRONE J. PAYLOR
FEDERAL DEFENDER

s/ Robert L. Thomas
s/ Needum L. Germany
Assistant Federal Defenders
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Ms. Lauren Delery, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, on this 13th day of November, 2026.

s/ Robert L. Thomas
Assistant Federal Defender