**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**V.** **NO. 25-20055-01-MSN**

**ADRIENNE ROSSE,**

**Defendant.**

---

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**

---

Before the Court are attorneys Robert L. Thomas and Needum L. Germany's November 13, 2026 motion to withdraw as counsel for defendant Adrienne Rosse. For good cause shown, the motion is GRANTED and Robert L. Thomas and Needum L. Germany and the Office of the Federal Public Defender are allowed to withdraw from further representation of defendant Adrienne Rosse.

Attorney Claiborne Hambrick Ferguson has been retained as counsel for the defendant.

**It is SO ORDERED** this 13th day of November, 2026.

***s/ Mark S. Norris***
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE